Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

JS-6

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Hu Ko Ching, et al.,<br><br>                    Defendants. | CASE NO. 2:14-cv-06123-WDK-E<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST HU KO CHING and JOE HSIN CHING, individually and d/b/a SPORTSMAN RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC., and Defendants HU KO CHING and JOE HSIN CHING, individually and d/b/a SPORTSMAN RESTAURANT, that the above-entitled defendant is hereby dismissed **without prejudice**.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 2, 2015, the dismissal shall be deemed to be **with prejudice**.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated:    10/26/15

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///